1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DARRELL LEPKOWSKY
   Supervising Deputy Attorney General
5  JOHN E. RITTMAYER, State Bar No. 067291
   Deputy Attorney General
6   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
7   Telephone: (213) 897-7485
    Fax: (213) 897-1071
8
   Attorneys for Defendants Paul T. Ward, Alfonso
9  Bonilla, Gail Lewis, Edward S. Alameida, Jr., Jeanne
   S. Woodford and James Yates
10 SD2004602194

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14                            FRESNO DIVISION

| | |
|---|---|
| **RICHARD A. BARKER,** | 1:04 CIV F-5591 AWI DLB P |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY CUTOFF AND AMENDMENT AND MOTION DEADLINES** |
| v. | |
| **EDWARD ALAMEIDA, JR., et al.,** | [Proposed] ORDER |
| Defendants. | Judge: Hon. Dennis L. Beck |

On January 3, 2005, this Court issued the first Discovery Order and Scheduling Order in this case.  Defendants scheduled Plaintiff's deposition for May 20, 2005.  The parties agreed to reschedule the deposition for June 24, 2005 because of Plaintiff's non-adverse placement in administrative segregation, where he has less access to his court documents.  The parties have reached agreement that good cause exists for a revised pretrial schedule necessitated by the postponement of the deposition.

Therefore, the parties, Plaintiff Richard Barker proceeding pro se and Defendants Paul

**Stipulation to Extend Discovery Cutoff and Amendment and Motion Deadlines**
1

T. Ward, Alfonso Bonilla, Gail Lewis, Edward S. Alameida, Jr., Jeanne S. Woodford and James Yates represented by John E. Rittmayer, Deputy Attorney General, stipulate to the following revisions to the scheduling order:

    1. All discovery, including motions to compel, shall be completed by all parties on or before August 5, 2005.

    2. The deadline for amending the pleadings shall be September 5, 2005.

    3. Pretrial dispositive motions must be filed on or before October 5, 2005.

All other instructions contained in the Discovery Order and Scheduling Order dated January 3, 2005, that are not expressly modified above shall remain in effect as ordered.

/s/ John E. Rittmayer

Dated: 5-20-05

JOHN E. RITTMAYER
Deputy Attorney General
Attorney for Defendants

/s/ Richard A. Barker

Dated: 5-30-05

Richard Barker
Plaintiff pro se

**ORDER**

The Court having read the foregoing stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.


IT IS SO ORDERED.

**Dated:   June 9, 2005**              /s/ Dennis L. Beck
3c0hj8                UNITED STATES MAGISTRATE JUDGE

**Stipulation to Extend Discovery Cutoff and Amendment and Motion Deadlines**