BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DARRELL LEPKOWSKY
Supervising Deputy Attorney General
JOHN E. RITTMAYER, State Bar No. 067291
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-7485
 Fax:  (213) 897-1071

Attorneys for Defendants Ward, Bonilla, Lewis,
Alameida, Woodford and Yates
SD2004602194

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RICHARD A. BARKER,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**EDWARD ALAMEIDA, JR., et al.,**<br><br>                              Defendants. | CASE NO. CIV F-04-5591 AWI DLB P<br><br>**STIPULATION TO EXTEND TIME FOR FILING PRETRIAL DISPOSITIVE MOTIONS**<br><br>Judge:           Hon. Dennis L. Beck |

On January 3, 2005, this Court issued the first Discovery Order and Scheduling Order in this case and on June 9, 2005 extended the Parties' time for completing discovery and filing pretrial dispositive motions to October 5, 2005. The parties have completed discovery. The parties have reached agreement that good cause exists for a revised pretrial schedule for the following reasons.

This action involves unique issues, which may be of first impression, of the application of the First Amendment Establishment Clause to an ostensibly non-mandatory in-prison religious

program and of the coverage of the Religious Land Use and Institutionalized Persons Act. Defendants require an additional nine days, to and including October 14, 2005, to complete a motion for summary judgment in this action.

Plaintiff appears pro se. Responding to a dispositive motion raising unique issues will require a minimum of forty-five days from service of Defendants' motion for summary judgment. In addition, any dispositive motion Plaintiff files will involve analysis of California state budget data supplied in discovery, and may involve gathering more such data from public sources.

Therefore, the parties, Plaintiff Richard Barker proceeding pro se and Defendants Ward, Bonilla, Lewis, Alameida, Woodford and Yates, represented by John E. Rittmayer, Deputy Attorney General, stipulate to the following revisions to the scheduling order:

1. Defendants' pretrial dispositive motions must be filed and served on or before October 14, 2005.

2. Plaintiff's opposition to Defendants' pretrial dispositive motions, and any cross-motion for summary judgment, shall be filed and served on or before November 28, 2005.

3. Defendants' reply to Plaintiff's opposition to Defendants' pretrial dispositive motions, if any, shall be served and filed on or before December 8, 2005. Defendants' Opposition to Plaintiff's cross-motion for summary judgment, if any, shall be filed and served on or before December 29, 2005.

/ / /
/ / /

1 All other instructions contained in the Discovery Order and Scheduling Order dated
2 January 3, 2005, that are not expressly modified above shall remain in effect as ordered.

4 Dated: 9-14-2005        /s/ John E. Rittmayer
                          JOHN E. RITTMAYER
5                         Deputy Attorney General
                          Attorney for Defendants

7 Dated: 9-14-05          /s/ Richard A. Barker
                          Richard Barker
8                         Plaintiff pro se

10   IT IS SO ORDERED.

11   **Dated:   September 15, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE