UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BARKER,<br><br>           Plaintiff,<br><br>   v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>           Defendants. | CV F- 04- 5591 AWI DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

      Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On December 15, 2005, plaintiff filed a notice of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. Because defendants have appeared in this action and have field a motion for summary judgment, the Court requires a response from them regarding plaintiff's notice of dismissal.

      Accordingly, within 10 days of this Order, defendants shall file a response to plaintiff's notice of voluntary dismissal.

1
2       IT IS SO ORDERED.
3   **Dated:   December 19, 2005**              **/s/ Dennis L. Beck**
    3c0hj8                                  UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28