UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BARKER,<br><br>             Plaintiff,<br><br>      v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>             Defendants. | CV F- 04- 5591 AWI DLB P<br><br>ORDER DISMISSING CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On December 15, 2005, plaintiff filed a notice of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. Because defendants have appeared in this action and have filed a motion for summary judgment, the Court ordered defendants to respond to plaintiff's notice of dismissal. On December 27, 2005, defendants filed a notice stating that they did not opposes plaintiff's voluntary dismissal.

Accordingly, pursuant to plaintiff's notice of voluntary dismissal and defendants non-opposition thereto, this action is HEREBY DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:     January 27, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                                            UNITED STATES DISTRICT JUDGE